| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, OR SBN #116342 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ROBERT EDWARD BROWN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:15-cr-00004 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO RESET STATUS |
| | ) | CONFERENCE TO A CHANGE-OF-PLEA |
| vs. | ) | AND SENTENCING HEARING; ORDER |
| | ) | |
| ROBERT EDWARD BROWN, | ) | Date:   January 20, 2015 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney, Bayleigh J. Pettigrew, counsel for the plaintiff, and Assistant Federal Defender, Erin Snider, counsel for defendant, Robert Edward Brown, that the status conference currently set for January 15, 2015, at 10:00 a.m., before U.S. Magistrate Judge Stanley A. Boone, **may be vacated and reset for a change-of-plea and sentencing hearing on January 20, 2015, at 10:00 a.m. before Senior U.S. District Judge Anthony W. Ishii**.  The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

/ / /

                                                       Respectfully submitted,

                                                       BENJAMIN B. WAGNER
                                                       United States Attorney

Date:  January 8, 2015                            */s/ Bayleigh J. Pettigrew*
                                                       BAYLEIGH J. PETTIGREW
                                                       Special Assistant United States Attorney
                                                       Attorneys for Plaintiff


                                                       HEATHER E. WILLIAMS
                                                       Federal Defender

Date: January 8, 2015                             */s/  Erin Snider*
                                                     ERIN SNIDER
                                                     Assistant Federal Defender
                                                     Attorneys for Defendant
                                                     ROBERT EDWARD BROWN


## **O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the status conference set for January 15, 2015, will be vacated and the matter will be set for a change-of-plea and sentencing hearing on January 20, 2015, at 10:00 a.m., before Senior U.S. District Judge Anthony W. Ishii.


IT IS SO ORDERED.

Dated:   **January 8, 2015**                                       
                                                   UNITED STATES MAGISTRATE JUDGE